# Arnold & Porter

Andrew Bauer
+1 212.836.7669 Direct
Andrew.Bauer@arnoldporter.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020
```

February 26, 2020

**VIA ECF**

Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *United States v. Alford Johnson,* 15 cr. 288 (RMB)

Dear Judge Berman :

    We represent Alford Johnson in the above-captioned action. Due to scheduling conflicts, and to give Mr. Johnson an opportunity to meet with his Probation Officer, we write to seek adjournment of the upcoming appearance, scheduled for February 27, 2020, until the week of March 16 on a day that is convenient for the Court. We have consulted with the Government and it has no objection.

Sincerely,

*/s/ Andrew Bauer*

Andrew Bauer

*Conference adjourned to March 23, 2020 at 9:00am.*

cc: AUSA Hagan Scotten

Enclosure

SO ORDERED:
Date: 2/26/2020
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, NY 10019-9710 | www.arnoldporter.com