UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

          15 CR. 288 (RMB)

  -against-

**<u>ORDER</u>**

ALFORD JOHNSON,
                Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Wednesday, September 9, 2020 at 9:30 AM is hereby rescheduled to Thursday, September 10, 2020 at 9:30 AM. The conference will be held telephonically.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0288

Dated: September 3, 2020
       New York, NY

                                              RICHARD M. BERMAN
                                                  U.S.D.J.